AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Brian DePena

*Defendant*

Case No. 26-MJ-1383-DLC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Brian DePena, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1343, 2 - Wire Fraud; Aiding and Abetting
18 U.S.C. §§ 1957 and 2 - Unlawful Monetary Transactions; Aiding and Abetting

Date: 08/13/2026

*Issuing officer's signature*

City and state: Boston, MA

Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________ at *(city and state)* ____________.

Date: ____________

*Arresting officer's signature*

*Printed name and title*